

**Entered on Docket
December 16, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

**BRIAN D. SHAPIRO**
Trustee in Banktupcy
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

JAMES BRADLEY BAILEY,

Debtor(s).

Chapter 7
Case No. 10-30343-LBR

**ORDER DISMISSING CHAPTER 7
CASE PURSUANT TO 11 U.S.C. § 521(i)
AND DISCHARGING TRUSTEE**

The Trustee's Ex Parte Motion for Dismissal of Chapter 7 Case Pursuant to 11 U.S.C. §521(i) having been filed and good cause appearing, it is hereby

ORDERED that this case is hereby dismissed pursuant to 11 U.S.C. § 521(i). It is further

ORDERED that Brian D. Shapiro, Trustee is hereby discharged as Trustee.

SUBMITTED BY:

/s/ Brian D. Shapiro
BRIAN D. SHAPIRO, TRUSTEE

###

-1-